# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

In Re:                                              Case No. 19-60919

John E. Catlin
Cindy H. Catlin                                     Chapter 13

Debtors.                                            Judge Rebecca B. Connelly

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

   Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

  D. Anthony Sottile
  Authorized Agent for Home Point Financial Corporation
  394 Wards Corner Road, Suite 180
  Loveland, OH 45140
  Phone: 513.444.4100
  Email: bankruptcy@sottileandbarile.com


Dated: April 29, 2019                               /s/ D. Anthony Sottile
                                                    D. Anthony Sottile
                                                    Authorized Agent for Creditor
                                                    Sottile & Barile, LLC
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com

# CERTIFICATE OF SERVICE

I certify that on April 29, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Stephen E. Dunn, Debtors' Counsel
    stephen@stephendunn-pllc.com
    jennifer@@stephendunn-pllc.com
    kelly@stephendunn-pllc.com
    michelle@stephendunn-pllc.com
    sherry@stephendunn-pllc.com

    Herbert L. Beskin, Chapter 13 Trustee
    hbeskin@cvillech13.net

    Office of the United States Trustee
    ustpregion04.rn.ecf@usdoj.gov

I further certify that on April 29, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    John E. Catlin, Debtor
    4725 Wards Road
    Evington, VA 24550

    Cindy H. Catlin, Debtor
    4725 Wards Road
    Evington, VA 24550

                                          /s/ D. Anthony Sottile
                                          D. Anthony Sottile
                                          Authorized Agent for Creditor
                                          Sottile & Barile, LLC
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com