

**SIGNED THIS 25th day of June, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

In re
**John E Catlin**                                                                 **Chapter 13**
**Cindy H Catlin**                                                              **Case No 19-60919**
**Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 5/8/2019**,** having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**If the IRS has not amended its proof of claim within 60 days after the governmental bar date to reflect assessed 2016 and 2019 tax returns, debtor's counsel will promptly object to the IRS proof of claim #1; if the Court overrules the objection and the amount of taxes deemed to be owed is significantly higher than that provided for in the plan, the debtor will promptly amend the plan to provide for the additional taxes owed.**

**Parts 2.1 and 2.5 of the Plan are amended as follows: Payments of $350 monthly for 46 months. The total of plan payments is $16,100.**
**Trustee withdraws Motion to Dismiss.**

***End of Order***

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

SEEN AND AGREED

/s/ Stephen E. Dunn
Stephen E. Dunn, Esq.
VSB # 26355
201 Enterprise Drive
Suite A
Forest, VA 24551
434-385-4850
Fax : 434-385-8868
Email: stephen@stephendunn-pllc.com

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.